In the Matter of the Estate of TERENCE KELLY, Deceased.

THOMAS KELLY, Appellant; MAY KELLY, as Adminis-
tratrix, Respondent.

(Submitted May 12, 1924; decided May 20, 1924.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursments.   (See 238 N. Y. 71.)